**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SOUTHWEST PUBLIC POLICY INSTITUTE,<br><br>Plaintiff,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Defendant. | Civil Action No. 26-2031 (JDB) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 11, 2026, Order, Plaintiff Southwest Public Policy Institute and Defendant Consumer Financial Protection Bureau (CFPB) have conferred regarding next steps in this Freedom of Information Act (FOIA) litigation. The CFPB is continuing to process Plaintiff's FOIA Request and intends to provide an initial response by November 2, 2026. The Parties also intend to confer again in several weeks in an effort to potentially narrow or expedite processing this request. The Parties propose providing another status report on November 2.

Dated: September 1, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By*: /s/ Sarah J. Auchterlonie*
Sarah J. Auchterlonie
Brownstein Hyatt Farber Schreck, LLP
675 15th Street, Suite 2900
Denver, CO 80202
(303) 223-1228

*Counsel for Plaintiff*

By: */s/ John J. Bardo*
John J. "Jack" Bardo, D.C. Bar #165334
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-0828

*Attorneys for the United States of America*